Brett Jones - A Private Attorney in Law
Box 2005 - 41299069 open in Brett's presence - special mail
Puerto Rico Catano - 00963

In and Before the District Court
in Maricopa County Arizona

IN RE: Persona Standi Dignior
Brett Jones, Sui Juris

v.

The State of Arizona and
The Administrative office of the United States Courts

CAUSE NUMBER:

**CV-13-02658-PHX-DGC(SPL)**

FILED ___ LODGED ___
RECEIVED ___ COPY

DEC 30 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B DEPUTY

Appeal, Challenge of Jurisdiction, Writ of Mandamus, Gate-Keeping by Agents of the AOU Acting In the Capacity of Over Lord of Justice, En Banc

Default Judgement Requested

Affidavit in support of Writ

" On October 8, 2013 the Complainant issued a complaint, and order to record, to the Clerk of the United States Federal District Court in Arizona, at Maricopa County.

On December 22ND, 2013 over 74 Days Past the Clerk of that said Court has Refused or otherwised, failed in it's Duty.

The Complaint in support of affidavit by Declaration, was proper, and is Anned and incorporated into this Law-ful Petition for Writ of Mandamus.

The Suit was to Address the unconstitutionality of the Administering of Justice by Artifical Entities.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 5.4 / 7.1 (b) (a)
(Rule Number/Section)

No matter the issue's or how contraverial the subject matter, a Party Acting Sui Juris is by every aspect of the Right to Redress, Allowed to prove his issue's in a Court in Law!

The Certificate of Mailing indicated that the Parties, Along with the Court, were properly Noticed of Pending Complaint, and have willfully Choosen to Acquese. The Defendant's Are in Default, and Are thereby Barred from Contesting or Rebutting Affidavit Complaint.

This Body may not ignore it's Duty to Due Process, the private American Citizen's, and to Equal Access and Equal Protection of Laws.

The Defendants File Comprehensive Annual Financial Reports, which includes Note's, and such provide's proof of non-profit status being Absent each Defendant. It clearly Documents Private for-profit status, and ownership via foreign Agents, private Shareholders. These Reports will out-line the un-constitutional, un-Lawful Standing of the Defendants.

The Clerk Did not have the Descretion to ignore Complaint, or to Refuse to Record.

It is Requested that this Body Order's the Clerk to File/Record Complaint, and that the Clerk enter Default Judgement Against the Defendants who were properly Served via Notary Presentment, via U.S.P.S. Certified Mail.

These words are Accurate and true, witnessed by the True God under Divine Retrebution Penalty, on 12·22·13

/S/ Brett Jones-Theophilious

Brett Jones Theophilious A Foreign State
P.O. Box 393
Veguita, NM 87062

---

WHEN RECORDED RETURN TO ABOVE!

The District Court of the United States
For the District of the State of Arizona

In Re:
Brett Jones, in Persona Dignior
Standi, and 0000000603282882 in
Persona Ficto.

Plaintiff;

v

530197081, 530197080, 161906078,
536002523, 536002558, M.McVey,
980356676, 5222214908, Maricopa County
and DOE's 1-184,000,000 et...al..
Defendants.

Record # _____

Suit in Law, Fee Affidavit, Jury Trial
Requested, Claim for Damages
A Common-Law, Common Rights
Complaint which involves a controversy of more than $20.00 in Gold,
and conforms to the 7th Amendment
Requirements. Presented before a 7th
Amendment Recognized and Acknowledged Venue.

## AFFIDAVIT AND DECLARATION

The petition of Brett Jones-Theophilious, who is an American by birth and a native of California, against the Commercial entities, and Corporate Citizens, persona fictos, for attempt to defraud and attempt to conspire to deprive the liberties without consent and or authority.

Fees:

I have no access to lawful monies. All I posses is my "Full faith and Credit", and present the International Bill of Exchange as to cover all encumbrances.

I would respectfully present to this Honorable body the following:

1 of 13

In the matter of the State of Arizona v. Branch (97-cr 10663 McVey), I knowingly entered into a binding Agreement with the Parties representing the State and the Maricopa County Superior Court. The Binding Agreement carried the seal of the Court making such an agreement binding upon every jurisdiction of the United States Full Faith and Credit clause.

On or about October 8, 1998, the court's M. McVey aggravated the sentence, ordering one year in county jail confinement, crediting 161 days of pre-sentence detention despite the many attempts to bring to light no aggravating circumstances were present, as the crime in question was well outlined, and nothing was alleged that fell outside of crime description. The plea stipulated one year prison, however it being a first offense, 6 months was base minimum. On one count 1 year prison was agreed to by the petitioner, and accepted by the State; the court erred on two levels:

1. The court did not take into consideration that the guidelines for first offense did not require prison, yet the petitioner made the offer so as to keep the Court cognizant of his right to be treated fairly, and within guidelines.

2. No credit was ever given for the 161 days as the record well reflects.

On or about August 29, 1999, McVey recuses himself and Linda Akers is chosen to replace. Rules and Statute for the State of Arizona, (1999 not Present) allowed one to reject probation and such was accepted by the Court on the above date.

At the re-سentencing the Courts' Akers aggravates the sentence yet again; states on the record that 161 days of credit were to be given, yet was not released until December 2000.

Akers did not have the right or discretion on a rejection of probation hearing to order probation, as rules of the court at that time (1999) did not authorize, in fact it specifically forbade such. There was no new information permitting aggravation of sentence, as required by the rules yet despite bringing such to the Courts' attention on numerous occasions, she still sought to disregard the rules in place, in violation of due process and law.

By rejection of probation, and serving out sentence, plus the 161 days in excess, this presenter is still suffering from the effects of such violations of process, i.e., e.g. statute of limitations has not commenced to run.

There has been repeated attempts to access the court, yet when attempting to enter pro per, both the federal as well as the state courts have ignored every attempt, as keepers of the redress – gate, and abuse of discretion.

### Denial of medical

While being housed in the county and state facility (IES), I was denied medical access. Because I have expressed to the staff of the facilities my lack of stamina,

extreme fatigue, I was ignored, and placed in lockdown (23 hours in cell). It has been discovered that I suffered from D.N.M.D (the most common form of muscular dystrophy), which if a simple blood test have been performed it would have provided indicators.

The facilities possessed medical records of documentation of malignant hyperthermia (56°C, 126°F body temp) yet punished this petitioner for a hereditary health disorder. And no one helped. I told the courts of the state including this one, that "hey, they are retaliating", and not one person showed an ounce of concern. My government was supposed to protect me against such punishment. I really thought they would but I was without any hope of redress, as my government failed its duty of care.

### Continual deprivations

Sexual misconduct with a minor, a class VI felony in 1997, and the minimum one could do was six months, maximum two years, two counts pled to, both included lifetime probation, yet the law at that time permitted "the rejection of lifetime probation", and re-sentencing could not include lifetime probation, as the rejection of probation was accepted on record by the court, and acknowledged by re-sentencing. However, as a good good-faith measure I continued to comply with the unlawful order, hoping one day to be done with it, that day has now come.

### Expungement and compensation

At present the charges that were dismissed as a direct result of plea are still being used against my person in violation of agreement and constitute double jeopardy and breach of plea.

Doing at a minimum of 161 days over sentence is to be tallied and *compensation* due, but not a single petition was ever acknowledged.

I know the crime is frowned upon by all, not many, but all, however due process and equal protection cry for fairness, and others have been made complete or whole, and I would expect I have a right to compensation for the unlawful imprisonment without court order, or crime to support imprisonment (161 days), violation of court order.

The court of Arizona never told me they were corporations, for private interest. The court never told me it was under 530197081, 5222214908, doing business as the administrative office of the U.S. Courts; I subjoin "I had a right to know". Not *a single* amendment, state or otherwise, grants a corporation authority over the people of the state or country and yet it continues. As one of the people, my rights have been ignored.

Expungement of record is requested, as 16 years of this is enough punishment. No crimes, no convictions, was still being harassed, detained over a matter that if handled properly would have been done upon release.

Several cases having come before the courts on the issue of unlawful confinement. For eight years I kept telling the court, and for 16 years the courts have made every effort to ignore.

The facts are the facts. The courts have acknowledged the States are each of them sovereign, possessing rights to institute its own laws and constitution (see Erie et al., v. Tompkins 1938). So let's review:

Congress: "All states receiving federal monies implement offender laws" and Arizona implemented its version. The laws for the State are at issue. Arizona law attaches lifetime probation to all sex-related offenses (such equates to 10 years under the then known law); the State of Arizona recognizes the right of anyone on probation to reject probation, and serve out sentence via re-sentencing guidelines. Re-sentencing guidelines says that a judge was prohibited from ordering a harsher sentence than original as long as no new conduct or offenses had been committed; in this instance no such information or evidence has ever surfaced.

Because the court erred and lacked jurisdiction in reference to the aforesaid, it becomes necessary to now challenge the jurisdiction of the court on all levels to include but not be limited to subject matter, party matter, lawful capacity, as such may be challenged at any time including now.

The State of Arizona subjected the petitioner to torture by withholding medical as well as punitive confinement in violations of the Americans with Disabilities Act and State Constitutional as well as common law rights secured. The state is further liable as it had a "duty of care" while petitioner was in their custody as the records indicate was wholly unlawful. Please keep in mind that jurisdiction may be challenged at any time. Also note: The petitioner was a citizen of the State of Arizona at the time and was protected un the constitutional provisions of law for the Sovereign State; and further note: the judicial officers were acting in an administrative capacity and while acting in such capacities they possessed no judicial power nor could any be conferred upon them in such capacities.

It has been determined by the Supreme Court of the United States that the unlawful confinement of anyone is grounds for compensation. The court awarded $108,000.00 to a citizen held unlawfully for under 24 minutes which equates to $20,000 for approximately 20 minutes or $1,000 a minute (technically, such would equate to 1,440 minutes per day, the figure would be record-breaking if true calculations were made).

No person can replace time, return years lost, make up for pain suffered or repay wanton infliction of deprivations, however, the party who was the receiver of such suffering and unlawful deprivations may bring forth a reasonable figure.

At US $20,000 per day, a reasonable figure for the 161 days never credited, comes to US $3,220,000.00. The lack of medical access for over 920 days, placing in lockdown, blocking of court access and denial of post conviction relief, this Petitioner says US $10,500,000.00 is a good faith amount to bring about full settlement and closure (which would also include expungement of record) in making one whole again (or gold equivalent).

If the Defendants should decide that such is unreasonable, than a jury trial is demanded as a right! The aggregated amount will then include not only compensatory but punitive damages under the common laws of the State of Arizona. The rate of daily deprivation done knowingly, intentionally and deliberately by the persona fictos, the persons operating in their corporate capacities, as State citizens, with no immunities, will be $48,000.00 per day as the financial records will show (bonds) that more than a billion was collected as a result of case being traded in its several fashions.

The matter may not be heard by anyone who is a member of the 980356676 corporate body – a private, for profit foreign corporation (to include 530197080&81, 5222214980 or 16190678) as it would be an injustice for the matter to be heard before such a body, as well as denial of due process, NO CONSENT IS GRANTED.

We will be presenting information (CAFRs) that will show that each of the 184 plus thousand corporations are not applying the profits to the proper parties – The American people. As a government for and of the people, the profits generated must be

by law repaid to the American people, this is not going on and appears to be an attempt to defraud the American people, a really big problem.

As a member of the United States of America a country inhabited, occupied, by other natural men and women, at no time was there granted consent for government to incorporate itself, such is a VIOLATION of the tenth (10th) amendment. The *right to due process*, common– law, Suits in law, has been retained by the people.

At no time did the people nor this party agree to be construed as legal fictions, fictitious persons, and no consent is hereby granted this or any body corporate to assume such.

The rights not delegated Congress are retained by the people, and as a direct result of these rights this presenter makes approach to the District Court in the state of Arizona in and for the country known as the United States of America.

The statutes, rules, regulations, ordinances, acts, codes are not law as purported, they were not enacted by a lawful authority, but a body corporate. 5 U.S.C.S. is not a law approved by the 10th amendment, the people did not delegate to Congress the right to enact such a set of rules, whereby government is shielded from liability.

The government was never to become overburdening, so multi – complex that the common people could not understand what was being stated. The government were

never delegated the authority to enact laws, written in a foreign language (legalese, legal terms), and yet it assumes that the people will forever remain ignorant, so it is proper to challenge such unlawful acts before a proper seventh amendment recognized court or body; before a common-law jury, under the rules prescribed by common law. The territory known as "the state of Arizona", a landmass, acknowledges common-law; and as such the Constitution of that state (noncommercial) is the foundation for right to proceed.

The first amendment along with the 9th – 11th amendment acknowledges the fourth branch of government "the people," and as such "the people" are protected by the 11th amendment, NOT as "sovereign Americans", but as "self-sovereigners, the 10th amendment highlights such.

On the issue of case law, no amendment nor article of the Constitution inaugurated on or about 1789, grants any member of the judiciary to create law nor was any authority conferred upon Congress by such enactments as the Judiciary Act of 1789, 1948, vested with the power retained by the people. Congressional authority as expressed by the Constitution, was limited power of attorney, yet those placed in position of trust have literally raped the people, stealing their innocence, and depriving each an honest member of the people of America, a recognized international country, of their dignity.

The trespass is grave, the encroachment so rampant, the invasion so overreaching that the time has come to bring light on these issues in a be-darkened age of legal ignorance, and government plantation servitude.

The Federal Rules of Civil Procedure's and their extension of statutory rules of criminal procedures are incompatible, not amendable or compatible with due process, common-law and or the Constitution. They are clearly regulatory requirements with no supportive law. Remember the U.S. Congress - 536002558, 53600252523 are corporations, and have no force or authority unless they sit as man and woman representatives of the American naturally born citizenry.

I'm certain that many a jury will comprehend the logic and sense behind each of the aforementioned points, but even if they should fail to comprehend, it will be told.

I am not looking for a fight, but if forced to go into battle to protect my rights, I will do so so honorably, reluctantly but with due diligence.

The International Bill of Exchange (instrument of credit from the presenter's ""Good Faith and Credit Account," is completely in line with U.N.C.I.T.R.A.L. and with full and complete reliance on 12 U.S.C. 95a(2) (see also 94) with all reversionary interest to be applied to and for the account of the United States of America without recourse with clean hands, good faith and in honor.

Brett Jones-Theophilious  
P.O. Box 393  
Veguita, New Mexico  

Serial # BRTW3174A7627/MO21087102 / 7  

I.B.E  

October 8, 2013  

Credit to:  
The Administrative Offices of the U.S. Courts-530197081, 5222214908  

US $2,000.00xxx

The Amount to  
Be Credited: TWO THOUSAND DOLLARS IN LAWFUL CREDITS, BACKED BY FULL FAITH & CREDIT OF AN AMERICAN  
This Bill/Item of Credit is for any and all fees associated with prosecution of claim.  
It will become completely VOID after 121 days of receipt. Item is to be drawn from  
Publically as well as privately held funds from 00000000603282882, the routing  
Electronic address is 000000512 or 000000518.  

MEMO: For all associated fees in matter in law before the district court of the  
United States for the District within The State of Arizona  

without recourse, all rights  
are reserved internationally.  
Authorized beneficiary/representative/agent 1-308, 3-415 & 419

## CERTIFICATE OF MAILING

1. Attorney General of Arizona

2. District Court of Arizona

3. Attorney General United States

4. Michael McVey, Maricopa County Arizona

This presentment and instrument is presented as truth and accurate and is complete on this October 8, 2013. It is witnessed before the TRUE GOD, the official notary, upon receipt maxim principles applies with 21 calendar days of receipt.

UCC 1-308, 3-415

By: Brett Jones-Theophilious